UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| DAVID WILLIAMS, | ) |
|     Petitioner, | ) Case No. 5:24-cv-00280-GFVT |
| v. | ) |
| INTERNAL REVENUE SERVICE, ECONOMIC IMPACT PAYMENTS, | ) **JUDGMENT** |
|     Respondent. | ) |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** that David Williams's petition [R. 1] is **DISMISSED** for lack of jurisdiction.

This the 9th day of October, 2024.

Gregory F. Van Tatenhove
United States District Judge